IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| URMATBEK ALIMAN ADI UULU,<br><br>Petitioner,<br><br>v.<br><br>RYAN ARBON, Weber County Sheriff; JASON KNIGHT, Field Office Director, Salt Lake City Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement (ICE/ERO); DAVID VENTURELLA, Acting Director of ICE; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; TODD BLANCHE, U.S. Attorney General,<br><br>Respondents. | **ORDER OF RELEASE**<br><br>Case No. 1:26-cv-226<br><br>Judge Tena Campbell |

For the reasons stated at the hearing on November 19, 2026, the court orders the immediate release of Petitioner Urmatbek Aliman Adi Uulu. Mr. Adi Uulu has shown by a preponderance of the evidence that his detention is unlawful for the reasons stated in Sananes Hernandez v. Leyva, No. 4:26-cv-54, 2026 WL 1948965 (D. Utah July 6, 2026). The court will provide a more detailed analysis in an order granting the habeas petition as soon as practicable. The Respondents must not again attempt to use 8 U.S.C. § 1225 to detain Mr. Adi Uulu and must not redetain Mr. Adi Uulu under 8 U.S.C. § 1226(a) absent a material change in circumstances pending the court's final ruling on his petition.

DATED this 19th day of November, 2026.

BY THE COURT:

Tena Campbell
United States District Judge